■ ROBERT E. O'BRIEN, Respondent, v. EMPIRE DISCOUNT CORPORATION, Appellant, et al., Defendants.— Order unanimously reversed, without costs of this appeal to any party, and application for additional allowance denied. Memorandum: It was an improvident exercise of discretion to have granted an additional allowance. (Appeal from order of Monroe Trial Term granting an additional allowance.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.